**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

          **Plaintiff,**

**vs.**

**ONE HUNDRED THIRTY-FIVE**
**THOUSAND TWO HUNDRED FORTY**
**EIGHT DOLLARS AND NINETY-TWO**
**CENTS ($135,248.92) IN U.S. CURRENCY;**
**ONE HUNDRED EIGHTY THOUSAND**
**AND NINETY NINE DOLLARS AND**
**THIRTY-TWO CENTS ($180,099.32) IN**
**U.S. CURRENCY; THIRTY TWO**
**THOUSAND TWO HUNDRED**
**FIFTY DOLLARS ($32,250.00) IN U.S.**
**CURRENCY; ASSORTED JEWELRY**
**AND ONE 2005 BMW VIN:**
**WBAGN83505DK11265,**
          **Defendants** *In Rem*.

_____/

**Civil No. 06-11732**

**Honorable Paul D. Borman**
**Magistrate Judge Capel**

**DEFAULT JUDGMENT OF FORFEITURE**
**AND PARTIAL FINAL ORDER OF FORFEITURE**

This matter having come before the Court on plaintiff's Motion for Entry of Default

Judgment and Partial Final Order of Forfeiture with respect to the following defendants:

$180,099.32 in U.S. Currency, $32,250.00 in U.S. Currency, Assorted Jewelry and One 2005

BMW Vin: WBAGN83505DK11265, and the Court having reviewed the pleadings in this matter

and being fully advised in the premises;

      **IT IS ORDERED** that the plaintiff's Motion for Entry of Default Judgment and Partial

Final Order of Forfeiture against, Gwen Browen, Larry Van Steele, and Inconel Motors and any

other interested party with respect Defendants $180,099.32 in U.S. Currency, $32,250.00 in U.S. Currency, Assorted Jewelry and One 2005 BMW Vin: WBAGN83505DK11265 is **GRANTED**.

      **IT IS FURTHER ORDERED** that any and all right, title or interest of Gwen Browen, Larry Van Steele, and Inconel Motors and any other interested party or their successors and assigns, and any right, title or ownership interest of all other persons to the Defendants $180,099.32 in U.S. Currency, $32,250.00 in U.S. Currency, Assorted Jewelry and One 2005 BMW Vin: WBAGN83505DK11265 is hereby **FORFEITED** to the United States of America pursuant to 21 U.S.C. § 881(a)(1)(6) and 18 U.S.C. §981(a)(1)(A)(C).   Clear title to the defendants $180,099.32 in U.S. Currency, $32,250.00 in U.S. Currency, Assorted Jewelry and One 2005 BMW Vin: WBAGN83505DK11265 is **VESTED** in the UNITED STATES OF AMERICA.

      **IT IS FURTHER ORDERED** that the United States Attorney General and the United States Treasury or its designee shall be **AUTHORIZED** to dispose of such property as authorized by law.

                      s/Paul D. Borman
                      PAUL D. BORMAN
                      UNITED STATES DISTRICT JUDGE

Dated:  February 6, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 6, 2007.

                      s/Denise Goodine
                      Case Manager